**UNITED STATES of America,** Plaintiff–Appellee,

v.

**Willie Lee JOHNSON,** Defendant–Appellant.

No. 03–60527
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 12, 2006.

Richard Terrell Starrett, Assistant U.S. Attorney, Giles Wood Bond, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Missisippi, Jackson, MS, for Plaintiff–Appellee.

George Lowrey Lucas, Federal Public Defender's Office Southern District of Mississippi, Jackson, MS, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender, counsel for Willie Lee Johnson, has moved for leave to withdraw from this appeal and has filed a brief as required by *Anders v.*

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

*California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Johnson has not filed a response. Our independent review of the brief and the record discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.